NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHET'S SHOES, INC.,**
*Plaintiff-Appellee,*

v.

**SIDNEY KASTNER,**
*Defendant-Appellant.*

---

2010-1555

---

Appeal from the United States District Court for the District of Vermont in case no. 08-CV-0197, Senior Judge J. Garvan Murtha.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

## ORDER

Sidney Kastner moves to remand this case to the United States District Court for the District of Vermont with instructions that the district court "identify fully specific 'prior art' on which its decision granting summary judgment of non-infringement to Chet's Shoes, Inc. is based." Chet's Shoes, Inc. opposes.

This court denies the motion without prejudice to the parties raising the issues in their briefs, if appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied without prejudice.

(2) Sydney Kastner's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

FEB 0 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald W. Niles, Esq.
Walter D. Ames, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2011

JAN HORBALY
CLERK